# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Robert L James JR
_____
Plaintiff

vs.   Civil Action No. 1:17-EV00499-RDm

Nationstar Mortgage LLC
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 6 day of Dec, 20 64/ that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 20th day of Dec, 20. 17 in favor of Robert L James JR and Shirley V James against said Nationstar Mortgage LLC

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

RECEIVED
DEC - 6 2018
Clerk, U.S. District and Bankruptcy Courts