AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Robert L James Jr. o Shirley V Jones
_____
Plaintiff/Petitioner
)
)
v.         )  Civil Action No. 1:17-CV-00499RDM
)
Mationstar Mortgage LLC
_____
Defendant/Respondent
)

**RECEIVED**
DEC - 6 2018
Clerk, U.S. District and
Bankruptcy Courts

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ 1,400 per mo
(specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments      ☒ Yes   ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes   ☒ No
(e) Gifts, or inheritances                            ☐ Yes   ☒ No
(f) Any other sources                                 ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 200.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

House 3327 5 st SE Daughter & Son lived there
House 3331 5th st SE Robert L James JR And Shirley James Wife

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

3327   Nations Star Mortgage Co    Fore Close on 3327 5 st SE
3331   Select port Foto Chase Mortgage no want to Foreclose

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12/6/18

Applicant's signature

Robert Lee James JR
Printed name

Please Call me
202-907 5129    Robert James