# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-7186**  September Term, 2018

1:17-cv-00499-RDM

Filed On: April 26, 2019 [1784824]

Robert L. James, Jr. and Shirley V. James,

    Appellants

v.

Nationstar Mortgage LLC, As Servicer for U.S. Bank, N.A., as trustee for NRZ-Pass Through Trust IV, et al.,

    Appellees

### M A N D A T E

In accordance with the order of March 25, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Ken R. Meadows
Deputy Clerk

Link to the order filed March 25, 2019